**MOT**
DUKE PARK
*(Your Name)*
3726 Las Vegas Blvd S. UNIT 3003
*(Your Address)*
City Center NV 89158
*(Your City, State, Zip)*
702-550-1152
*(Your Telephone)*
dukepark@me.com
*(Your E-mail Address/Your Fax)*

☐ Plaintiff  ■ Defendant, *Pro Se*

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

            FEB 25 2022

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRCT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| SEOUL TRADING INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> GOLDEN GLOBAL USA INC., <br><br> Defendant(s). | Case No.: 2:22-cv-00086-RFB-BNW <br><br> **MOTION FOR EXTENSION OF TIME TO ANSWER** |

Defendant, Golden Global USA INC, Pro Se, respectfully requests an order granting defendant, Pro Se, an additional 45 days from February 25, 2022, in which to move, plead or otherwise respond to the court order. We are looking for an attorney who can assist in this case.

DATED: _____ **February 25** _____, 20**22**.

*(Signature)* _____

*(Print your name)* DUKE PARK

*Pro Se*

Page 1 of 3

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Currently, Global USA Inc. is unable to appoint a legal counsel, thus was unable to personally access the requested order form online. Therefore, we visited the court and checked the related form a few days ago.

2. We request an extension of the deadline since we do not have enough time to appoint a legal counsel by February 25, 2022.

3. In addition, we need more time to review the content even after appointing the legal counsel because the content of the MEMORANDUM OF POINTS AND AUTHORITIES is lengthy.

4. Since the PACA order form explains the content in concise language, it is missing out the process regarding the Complaint's illegal conduct, therefore, we would like to make a counterpart argument regarding this part.

5. We will submit a written appeal regarding the PACA order in detail after appointing a legal counsel.

## ORDER

**IT IS SO ORDERED**

DATED: 2:38 pm, February 28, 2022

*(signature)*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

(☐ *Check if continued on attached pages*)

DATED: *(insert date)* _____February 25_____, 20_22_.

*(Signature)* _____
*(Print your name)* DUKE PARK
*Pro Se*

## CERTIFICATE OF SERVICE

Pursuant to FRCP5(b), I HEREBY CERTIFY that on (insert date of service) **this 25 day of February**, 20**22**, I served a true and correct copy of the above

FOR EXTENSION OF TIME TO ANSWER

by *(select which method of service you did)*:

■ Electronic service via the court's electronic filing system.

☐ Hand delivery at the following address *(insert name of opposing party's attorney, or opposing party if unrepresented, and the address where you delivered)*:

_____

_____

_____

_____

■ Mailing via United States Mail in the State of Nevada, postage prepaid, to the following address *(insert name of opposing party's attorney, or opposing party if unrepresented, and address where you mailed)*:

HUTCHISON & STEFFEN, LLC

Peccole Professional Park 10080

West Alta Drive, Suite 200

Las Vegas, NV 89145

DATED: *(insert date)* __February 25__, 20**22**.

_____

DUKE PARK
3726 Las Vegas Blvd S. UNIT 3003
City Center, NV 89158
Telephone: (702) 550-1152
dukepark@me.com
Defendant, Pro Se